FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

20 AUG 25 AM 8:04

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

WALTER BERNARD HORNSBY

Case No. 1:10-CR-043

ORDER ON MOTION FOR
SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion by the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the United States Sentencing Commission, **IT IS ORDERED** that the motion is:

☐ **GRANTED**

☐ The defendant's previously imposed sentence of imprisonment of _____ is reduced to _____. If this sentence is less than the amount of time the defendant already served, the sentence is reduced to a time served; or

☐ Time served.

If the defendant's sentence is reduced to time served:

☐ This order is stayed for up to fourteen days, for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended; or

☐        There being a verified residence and an appropriate release plan in place, this order is stayed for up to fourteen days to make appropriate travel arrangements and to ensure the defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the court and show cause why the stay should be extended.

☐ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where they will be released because it was not included in the motion for sentence reduction.

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term" of ☐ probation or ☐ supervised release of ___ months (not to exceed the unserved portion of the original term of imprisonment).

  ☐ The defendant's previously imposed conditions of supervised release apply to the "special term" of supervision; or

  ☐ The conditions of the "special term" of supervision are as follows:

  _____

  _____

  _____

  _____

☐ The defendant's previously imposed conditions of supervised release are unchanged.

☐ The defendant's previously imposed conditions of supervised release are modified as follows: _____

☐ **DEFERRED** pending supplemental briefing and/or a hearing.  The court DIRECTS the United States Attorney to file a response on or before _____, along with all Bureau of Prisons records (medical, institutional, administrative) relevant to this motion.

☑ **DENIED** after complete review of the motion on the merits.  **(Doc. 41.)**

    ☐ FACTORS CONSIDERED (Optional)

<u>Even assuming Defendant could establish that his medical conditions place him at an increased risk of severe illness if he contracts COVID-19, thus qualifying as a serious medical condition under U.S.S.G. 1B1.13, app. note 1(a)(i), the factors of 18 U.S.C. § 3553(a) weigh heavily against his release.  Releasing Defendant (who has already received a significant sentencing benefit under his plea agreement) two and a half years early would not reflect the seriousness of his offense, promote respect for the law, provide just punishment, and afford adequate deterrence.  Further, his release would not be justified in light of the nature and circumstances of his offense.  Finally, as an armed career criminal with an extensive criminal history, the Court cannot conclude with any amount of certainty that Defendant does not pose a danger to the community.  See 18 U.S.C. § 3582(c)(1)(A).</u>

☐ **DENIED WITHOUT PREJUDICE** because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

**IT IS SO ORDERED.**

Dated:  August 25th, 2020

                                                 _____
                                                 J. RANDAL HALL, CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT
                                                 SOUTHERN DISTRICT OF GEORGIA