IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 110-043 |
| | * | |
| WALTER BERNARD HORNSBY | * | |

**O R D E R**

The Court denied Defendant Walter Bernard Hornsby's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) on August 25, 2020. (Doc. 46.)  Presently, Defendant has filed a "Motion to Amend" his motion for compassionate release, which the Court construes as a motion for reconsideration.  Defendant has also filed a separate motion for the appointment of counsel.

Through his motion, Defendant first complains about the prison facility's response to the COVID-19 pandemic.  To the extent that Defendant is challenging the conditions of his confinement, he must do so through a civil lawsuit brought pursuant to 42 U.S.C. § 1983.

Defendant also reiterates that his medical condition, in conjunction with the possibility of contracting COVID-19, qualifies his circumstances as extraordinary and compelling warranting release.  In its prior Order, however, the Court assumed that Defendant's circumstances qualify as a serious medical

condition under U.S.S.G. § 1B1.13 app. note 1(a)(i), but it determined that the sentencing factors of 18 U.S.C. § 3553(a) mitigate against his release.  (Order of Aug. 25, 2020, at 3.) The Court further rejected the notion that Defendant does not pose a danger to the community.  (Id.)  In the current motion, Defendant presents no argument or evidence addressing this issue.  And, upon review of the case, the Court remains convinced that Defendant is not a good candidate for compassionate release.

Upon the foregoing, Defendant Hornsby's motion for reconsideration (doc. 49) is **DENIED**.  With respect to his motion to appoint counsel, Defendant is advised that there is no constitutional right to counsel in a § 3582(c) proceeding, United States v. Webb, 565 F.3d 789, 794-95 (11th Cir. 2009).  Moreover, Defendant has not shown that the interests of justice require the appointment of counsel in his case.  Accordingly, in the exercise of considered discretion, Defendant's motion for the appointment of counsel (doc. 50) is also **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA